# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| YOLANDA GRISWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV616-144 |
| | ) | |
| CARESOUTH HEALTH SYSTEM, INC., | ) ) ) | |
| Defendant. | ) | |

**ORDER**

U. S. DISTRICT COURT
Southern District of GA
Filed In Office
Savannah ___ M
10-28          20 16
_____
Deputy Clerk

This case was transferred to this Court from the United States District Court for the Middle District of Georgia because of administrative error. Accordingly, the Clerk is **DIRECTED** to transfer it back to that Court.

**SO ORDERED,** this 27th day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA